Herbert Alonzo **ROBINSON**, formerly
SCDC # 211603, # 143203, # 27925,
Plaintiff–Appellant,

v.

Gina **JARRELL**, Nurse, all in their individual capacities; Rosita R. Thomas, Nurse, all in their individual capacities; Pamela C. Derrick, Nurse, all in their individual capacities; Mr. Rowe, Commissary Personnel, all in their individual capacities; John and Jane Does, all in their individual capacities, Defendants–Appellees.

No. 14–7364.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 15, 2015.

Decided: Jan. 21, 2015.

Herbert Alonzo Robinson, Appellant Pro Se. Trey M. Nicolette, Michael Charles Tanner, Michael C. Tanner Law Office, Bamberg, South Carolina, for Appellees.

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herbert Alonzo Robinson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robinson v. Jarrell,* No. 8:13–cv–02321–RBH (D.S.C. Aug. 20, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*